JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KENYON DARRELL BROWN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SAN QUENTIN STATE PRISON WARDEN,<br><br>　　　　　Respondent. | No. 5:22-cv-01389-RGK-JDE<br><br>JUDGMENT |

　　　Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus,

　　　IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: 8/25/2022

_____
R. GARY KLAUSNER
United States District Judge